# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BOBBY SNEED

VERSUS

TIM HOOPER, WARDEN

NO. 2021 CW 1544

DECEMBER 10, 2021

---

In Re:     Louisiana Committee on Parole and Executive Director
           Francis Abbott, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 711804.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**STAY LIFTED; WRIT DENIED.**

**JEW**

**MRT**

**McClendon, J.,** dissents.   I would reverse the portion of
the district court's December 9, 2021 judgment which ordered
Warden Tim Hooper to immediately release Bobby Sneed from the
custody of the Louisiana State Penitentiary. Pursuant to La.
R.S. 15:574.11(C), immediate release is not an available remedy
for the district court's finding that Mr. Sneed's due process
rights were violated.   I would remand this matter to the
district court with instructions to remand this matter to the
Committee on Parole to conduct a parole revocation hearing in
accordance with applicable law.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT